**SCHIFF HARDIN LLP**
WILLIAM J. CARROLL (CSB # 118106)
wcarroll@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone:    (415) 901-8700
Facsimile:    (415) 901-8701

DIANE M. SOUBLY (*pro hac pending*;
    ILARDC #6308270; MI P32005)
dsoubly@schiffhardin.com
233 S. Wacker Drive, Ste. 6600
Chicago, IL 60606
Telephone:    (312) 258-5500
Facsimile:    (312) 258-5600

Attorneys for Defendants
**SUREWEST COMMUNICATIONS, INC.; and
SUREWEST COMMUNICATIONS CHANGE
IN CONTROL SEVERANCE PLAN**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL KRUEGER,** | Case No.  2:13-CV-02098-JAM-AC |
| Plaintiff, | Hon. John A. Mendez |
| v. | |
| **SUREWEST COMMUNICATIONS, INC.; CONSOLIDATED COMMUNICATIONS SERVICES COMPANY; SUREWEST COMMUNICATIONS CHANGE IN CONTROL SEVERANCE PLAN; and DOES 1-50,** | **STIPULATION AND ORDER FOR EXTENSION OF TIME WITHIN WHICH DEFENDANTS MAY ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| Defendants. | |

Plaintiff Paul Krueger and Defendants Surewest Communications, Inc.; and Surewest Communications Change in Control Severance Plan (Defendants), hereby stipulate and agree that Defendants may have an additional 28 days, up to and including December 6, 2013, within which

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 2:13-CV-02098-JAM-AC
Stipulation And Order For Extension Of Time Within Which Defendants May Answer Or Otherwise Respond To Plaintiff's Complaint

1  to answer or otherwise plead in response to Plaintiff's Complaint in this matter.

3  Accordingly,

4  IT IS ORDERED that Defendants Surewest Communications, Inc.; and Surewest Communications Change in Control Severance Plan may file their answer or otherwise plead in response to Plaintiff's Complaint no later than December 6, 2013.

10  IT IS SO ORDERED.

11  Dated: 11/8/2013                    /s/ John A. Mendez
                                        HON. JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -   CASE NO. 2:13-CV-02098-JAM-AC

Stipulation And Order For Extension Of Time Within Which Defendants May Answer Or Otherwise Respond To Plaintiff's Complaint

SO STIPULATED:

**HENK LEONARD**
**A Professional Law Corporation**

Dated: November 8, 2013

/s/ *Robert P. Henk* (as authorized 11/8/13)
Robert P. Henk (147490)
Sheri L. Leonard (173544)
Henk Leonard, PLC
2260 Douglas Blvd., Suite 200
Roseville CA 95661
Telephone:  (916) 787-4544
Facsimile:   (916) 787-4530
Email:            henkleonard@aol.com

Attorneys for Plaintiff
PAUL KRUEGER

Dated: November 8, 2013

**SCHIFF HARDIN LLP**

/s/ *William J. Carroll*
William J. Carroll  (CSB # 118106)
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco CA
Telephone:  (415) 901-8700
Facsimile:   (415) 901-8701
Email:            wcarroll@schiffhardin.com

Diane M. Soubly (pro hac pending;
  ILARDC #6308270; MI P 32005)
233 S. Wacker Drive, Suite 6600
Chicago IL 60606
Telephone:  (312) 258-5500
Facsimile:   (312) 258-5600
Email:            dsoubly@schiffhardin.com

Attorneys for Defendants
SUREWEST COMMUNICATIONS, INC.;
and SUREWEST COMMUNICATIONS
CHANGE IN CONTROL SEVERANCE
PLAN

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -

CASE NO. 2:13-CV-02098-JAM-AC

Stipulation And Order For Extension Of Time Within Which Defendants May Answer Or Otherwise Respond To Plaintiff's Complaint