1

**SCHIFF HARDIN LLP**
WILLIAM J. CARROLL (CSB # 118106)

2

wcarroll@schiffhardin.com
One Market, Spear Street Tower

3

Thirty-Second Floor
San Francisco, CA  94105

4

Telephone:     (415) 901-8700
Facsimile:     (415) 901-8701

5

6

DIANE M. SOUBLY (*pro hac pending*;
    ILARDC #6308270; MI P32005)

7

dsoubly@schiffhardin.com
233 S. Wacker Drive, Ste. 6600

8

Chicago, IL  60606
Telephone:     (312) 258-5500
Facsimile:     (312) 258-5600

9

10

Attorneys for Defendant
**CONSOLIDATED COMMUNICATIONS
SERVICES COMPANY**

11

12

UNITED STATES DISTRICT COURT

13

EASTERN DISTRICT OF CALIFORNIA

14

15

**PAUL KRUEGER,**

Case No.  2:13-CV-02098-JAM-AC

16

Plaintiff,

Hon. John A. Mendez

17

v.

18

**SUREWEST COMMUNICATIONS,
INC.; CONSOLIDATED
COMMUNICATIONS SERVICES
COMPANY; SUREWEST
COMMUNICATIONS CHANGE IN
CONTROL SEVERANCE PLAN; and
DOES 1-50,**

**STIPULATION AND ORDER FOR
EXTENSION OF TIME WITHIN WHICH
DEFENDANT CONSOLIDATED
COMMUNICATIONS SERVICES
COMPANY MAY ANSWER OR
OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT**

19

20

21

Defendants.

22

23

24

25

Plaintiff Paul Krueger and Defendant Consolidated Communications Services Company

26

("this Defendant") hereby stipulate and agree that this Defendant may have up to and including

27

December 6, 2013, within which to answer or otherwise plead in response to Plaintiff's

28

Complaint in this matter.

Schiff Hardin LLP
Attorneys At Law
San Francisco

CASE NO. 2:13-CV-02098-JAM-AC
Stipulation And Order For Extension Of Time Within Which Defendant May Answer Or Otherwise Respond To Plaintiff's Complaint

1

2          Accordingly,

3          IT IS ORDERED that Defendant Consolidated Communications Services Company may

4  file its answer or otherwise plead in response to Plaintiff's Complaint no later than December 6,

5  2013.

6

7

8

9          IT IS SO ORDERED.

10  Dated: 11/12/2013                          /s/ John A. Mendez_____

11                                              HON. JOHN A. MENDEZ
                                                UNITED STATES DISTRICT COURT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -                                    CASE NO. 2:13-CV-02098-JAM-AC

Stipulation And Order For Extension Of Time Within Which Defendant May Answer Or Otherwise Respond To Plaintiff's Complaint

1

2     SO STIPULATED:                          **HENK LEONARD**
                                              **A Professional Law Corporation**

3     Dated: November 12, 2013                /s/ *Robert P. Henk* (as authorized 11/12/13)
                                              Robert P. Henk (147490)
4                                             Sheri L. Leonard (173544)
                                              Henk Leonard, PLC
5                                             2260 Douglas Blvd., Suite 200
                                              Roseville CA 95661
6                                             Telephone:   (916) 787-4544
                                              Facsimile:   (916) 787-4530
7                                             Email:        henkleonard@aol.com

8                                             Attorneys for Plaintiff
                                              PAUL KRUEGER
9

10

      Dated: November 12, 2013                **SCHIFF HARDIN LLP**
11

12                                            /s/ *William J. Carroll*
                                              William J. Carroll  (CSB # 118106)
13                                            One Market, Spear Street Tower
                                              Thirty-Second Floor
                                              San Francisco CA
14                                            Telephone:   (415) 901-8700
                                              Facsimile:   (415) 901-8701
15                                            Email:        wcarroll@schiffhardin.com

16                                            Diane M. Soubly (pro hac pending;
                                                ILARDC #6308270; MI P 32005)
17                                            233 S. Wacker Drive, Suite 6600
                                              Chicago IL 60606
18                                            Telephone:   (312) 258-5500
                                              Facsimile:   (312) 258-5600
19                                            Email:        dsoubly@schiffhardin.com

20                                            Attorneys for Defendant
                                              CONSOLIDATED COMMUNICATIONS
21                                            SERVICES COMPANY

22

23

24

25

26

27

28

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -                                    CASE NO. 2:13-CV-02098-JAM-AC

Stipulation And Order For Extension Of Time Within Which Defendant May Answer Or Otherwise Respond To Plaintiff's Complaint