**SCHIFF HARDIN LLP**
WILLIAM J. CARROLL (CSB # 118106)
wcarroll@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:     (415) 901-8700
Facsimile:      (415) 901-8701

DIANE M. SOUBLY (*pro hac pending*;
   ILARDC #6308270; MI P32005)
dsoubly@schiffhardin.com
233 S. Wacker Drive, Ste. 6600
Chicago, IL  60606
Telephone:     (312) 258-5500
Facsimile:      (312) 258-5600

Attorneys for Defendant
**CONSOLIDATED COMMUNICATIONS SERVICES COMPANY**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL KRUEGER,<br><br>            Plaintiff,<br><br>v.<br><br>**SUREWEST COMMUNICATIONS, INC.; CONSOLIDATED COMMUNICATIONS SERVICES COMPANY; SUREWEST COMMUNICATIONS CHANGE IN CONTROL SEVERANCE PLAN; and DOES 1-50,**<br><br>            Defendants. | Case No.  2:13-CV-02098-JAM-AC<br><br>Hon. John A. Mendez<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME WITHIN WHICH DEFENDANT CONSOLIDATED COMMUNICATIONS SERVICES COMPANY MAY ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Plaintiff Paul Krueger and Defendant Consolidated Communications Services Company ("this Defendant") hereby stipulate and agree that this Defendant may have up to and including December 6, 2013, within which to answer or otherwise plead in response to Plaintiff's Complaint in this matter.

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 2:13-CV-02098-JAM-AC
Stipulation And Order For Extension Of Time Within Which Defendant May Answer Or Otherwise Respond To Plaintiff's Complaint

Accordingly,

IT IS ORDERED that Defendant Consolidated Communications Services Company may file its answer or otherwise plead in response to Plaintiff's Complaint no later than December 6, 2013.

IT IS SO ORDERED.

Dated: 11/12/2013            /s/ John A. Mendez
                             HON. JOHN A. MENDEZ
                             UNITED STATES DISTRICT COURT JUDGE

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -                    CASE NO. 2:13-CV-02098-JAM-AC

Stipulation And Order For Extension Of Time Within Which Defendant May Answer Or Otherwise Respond To Plaintiff's Complaint

| | |
|---|---|
| SO STIPULATED: | **HENK LEONARD**<br>**A Professional Law Corporation** |
| Dated: November 12, 2013 | /s/ *Robert P. Henk* (as authorized 11/12/13)<br>Robert P. Henk (147490)<br>Sheri L. Leonard (173544)<br>Henk Leonard, PLC<br>2260 Douglas Blvd., Suite 200<br>Roseville CA 95661<br>Telephone:  (916) 787-4544<br>Facsimile:   (916) 787-4530<br>Email:         henkleonard@aol.com<br><br>Attorneys for Plaintiff<br>PAUL KRUEGER |
| Dated: November 12, 2013 | **SCHIFF HARDIN LLP**<br><br>/s/ *William J. Carroll*<br>William J. Carroll  (CSB # 118106)<br>One Market, Spear Street Tower<br>Thirty-Second Floor<br>San Francisco CA<br>Telephone:  (415) 901-8700<br>Facsimile:   (415) 901-8701<br>Email:         wcarroll@schiffhardin.com<br><br>Diane M. Soubly (pro hac pending;<br>  ILARDC #6308270; MI P 32005)<br>233 S. Wacker Drive, Suite 6600<br>Chicago IL 60606<br>Telephone:  (312) 258-5500<br>Facsimile:   (312) 258-5600<br>Email:         dsoubly@schiffhardin.com<br><br>Attorneys for Defendant<br>CONSOLIDATED COMMUNICATIONS<br>SERVICES COMPANY |

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -   CASE NO. 2:13-CV-02098-JAM-AC

Stipulation And Order For Extension Of Time Within Which Defendant May Answer Or Otherwise Respond To Plaintiff's Complaint