**SCHIFF HARDIN LLP**
WILLIAM J. CARROLL (CSB # 118106)
wcarroll@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:     (415) 901-8700
Facsimile:     (415) 901-8701

DIANE M. SOUBLY (*pro hac pending*;
    ILARDC #6308270; MI P32005)
dsoubly@schiffhardin.com
233 S. Wacker Drive, Ste. 6600
Chicago, IL  60606
Telephone:     (312) 258-5500
Facsimile:     (312) 258-5600

Attorneys for Defendants

**SUREWEST COMMUNICATIONS, INC.;
CONSOLIDATED COMMUNICATIONS
SERVICES COMPANY; AND
SUREWESTCOMMUNICATIONS
CHANGE IN CONTROL PLAN**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL KRUEGER,** | Case No.  2:13-CV-02098-JAM-AC |
| Plaintiff, | Hon. John A. Mendez |
| v. | |
| **SUREWEST COMMUNICATIONS, INC.; CONSOLIDATED COMMUNICATIONS SERVICES COMPANY; SUREWEST COMMUNICATIONS CHANGE IN CONTROL SEVERANCE PLAN; and DOES 1-50,** | **STIPULATION AND ORDER FOR EXTENSION OF TIME WITHIN WHICH DEFENDANTS MAY ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |
| Defendants. | |

Plaintiff Paul Krueger and Defendants Surewest Communications, Inc.; Consolidated

Communications Services Company; and Surewest Communications Change in Control

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 2:13-CV-02098-JAM-AC

Stipulation & Order For Extension Of Time Within Which Defendant May Answer Or Otherwise Respond To Plaintiff's Amended Complaint

1  Severance Plan  ("Defendants") hereby stipulate and agree that Defendants may have up to and
2  including an additional 30 days from December 9, 2013, to up to and including January 8, 2014,
3  within which to answer or otherwise plead in response to Plaintiff's Amended Complaint in this
4  matter.

5

6          Accordingly,

7          IT IS ORDERED that Defendants Surewest Consolidated Communications Services
8  Company may file its answer or otherwise plead in response to Plaintiff's Amended Complaint no
9  later than January 8, 2014.

10

11

12

13         IT IS SO ORDERED.

14  Dated:  12/9/2013                    /s/ John A. Mendez_____
15                                       HON. JOHN A. MENDEZ
16                                       UNITED STATES DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

CASE NO. 2:13-CV-02098-JAM-AC
Stipulation &  Order For Extension Of Time Within Which Defendant May Answer Or Otherwise Respond To Plaintiff's Amended Complaint

1

2     SO STIPULATED:                          **HENK LEONARD**
                                              **A Professional Law Corporation**

3     Dated: December 7, 2013                 /s/ *Robert P. Henk* (as authorized 12/7/13)
                                              Robert P. Henk (147490)
4                                             Sheri L. Leonard (173544)
                                              Henk Leonard, PLC
5                                             2260 Douglas Blvd., Suite 200
                                              Roseville CA 95661
6                                             Telephone:   (916) 787-4544
                                              Facsimile:   (916) 787-4530
7                                             Email:       henkleonard@aol.com

8                                             Attorneys for Plaintiff
                                              PAUL KRUEGER
9

10
      Dated:  December 7, 2013               **SCHIFF HARDIN LLP**
11
                                              /s/ *William J. Carroll*
12                                            William J. Carroll  (CSB # 118106)
                                              One Market, Spear Street Tower
13                                            Thirty-Second Floor
                                              San Francisco CA
14                                            Telephone:   (415) 901-8700
                                              Facsimile:   (415) 901-8701
15                                            Email:       wcarroll@schiffhardin.com

16                                            Diane M. Soubly (pro hac pending;
                                                ILARDC #6308270; MI P 32005)
17                                            233 S. Wacker Drive, Suite 6600
                                              Chicago IL 60606
18                                            Telephone:   (312) 258-5500
                                              Facsimile:   (312) 258-5600
19                                            Email:       dsoubly@schiffhardin.com

20                                            Attorneys for Defendants
                                              SUREWEST COMMUNICATIONS, INC.;
21                                            CONSOLIDATED COMMUNICATIONS
                                              SERVICES COMPANY; and SUREWEST
22                                            COMMUNICATIONS, INC. CHANGE
                                              IN CONTROL PLAN
23

24

25

26

27

28

Schiff Hardin LLP
Attorneys At Law
San Francisco

- 3 -

CASE NO. 2:13-CV-02098-JAM-AC

Stipulation &  Order For Extension Of Time Within Which Defendant May Answer Or Otherwise Respond To Plaintiff's Amended Complaint