**SCHIFF HARDIN LLP**
WILLIAM J. CARROLL (CSB # 118106)
wcarroll@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:   (415) 901-8700
Facsimile:    (415) 901-8701

DIANE M. SOUBLY (*pro hac pending*;
  ILARDC #6308270; MI P32005)
dsoubly@schiffhardin.com
233 S. Wacker Drive, Ste. 6600
Chicago, IL  60606
Telephone:   (312) 258-5500
Facsimile:    (312) 258-5600

Attorneys for Defendants
**SUREWEST COMMUNICATIONS, INC.;
CONSOLIDATED COMMUNICATIONS
SERVICES COMPANY; and SUREWEST
COMMUNICATIONS CHANGE IN CONTROL
SEVERANCE PLAN**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL KRUEGER**, | Case No.  2:13-CV-02098-JAM-AC |
| Plaintiff, | Hon. John A. Mendez |
| v. | |
| **SUREWEST COMMUNICATIONS, INC.; CONSOLIDATED COMMUNICATIONS SERVICES COMPANY; SUREWEST COMMUNICATIONS CHANGE IN CONTROL SEVERANCE PLAN; and DOES 1-50,** | **STIPULATED SPECIALIZED CASE MANAGEMENT ORDER - ERISA ACTION** |
| Defendants. | |

Pursuant to the Local Rules of the United States District Court for the Eastern District of California and the Federal Rules of Civil Procedure, the Court enters the following Stipulated Specialized Case Management Order controlling the progress of the above-captioned matter:

This case states a cause of action pursuant to the Employment Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1001 *et seq*. Counsel have met to discuss discovery and procedures. Both sides agree that there is no right to a jury trial or punitive damages under ERISA for the claim alleged in this matter, and pursuant to the parties' agreement that plaintiff will strike the jury demand and request for punitive damages without necessity of defendants' filing a motion to strike same, plaintiff has filed an amended complaint on November 25, 2013. Per the parties' further stipulation, the Court has entered a stipulated order permitting defendants up to and including January 8, 2014, within which to answer or otherwise plead in response to plaintiff's amended complaint.

In light of the parties' agreement and the claim for relief as set forth in the complaint, the Court orders as follows:

1. On or before December 16, 2013, defendants shall produce (a) the governing plan document; (b) the summary plan description; (c) any other relevant plan procedures not contained in (a) or (b); and (d) the administrative record in this matter.

2. No further formal pretrial discovery will be had in this matter unless otherwise ordered by the Court.

3. If there is a procedural challenge to the administrator's decision, the Court may order that limited discovery relevant to the procedural challenge may be conducted.

4. Within 20 days following the production of the administrative record, the parties shall file a joint certification with the Court that (a) they have conferred; (b) the case can be considered on cross-motions for judgment on the administrative record/summary judgment; and (c) the date by which defendants will file a motion for judgment on the administrative record/summary judgment, with plaintiff's cross-motion for summary judgment to be filed concurrently with plaintiff's response to defendants' dispositive motion.

5. In briefing their cross-motions, the parties are to observe the provisions of Fed. R. Civ. P. 56 and the applicable Local Rules of the Eastern District of California on motion practice.

6. The procedures set forth in this Order are intended to supersede and replace the requirements generally applicable under Rules 26(a), (d) and (f) of the Federal Rules of Civil Procedure.

7. This Order supersedes the Court's Initial Order Requiring Joint Status Report dated October 10, 2013.

IT IS SO ORDERED.

Dated:  12/9/2013                          /s/ John A. Mendez
                                           HON. JOHN A. MENDEZ
                                           UNITED STATES DISTRICT COURT JUDGE

| | |
|---|---|
| SO STIPULATED: | **HENK LEONARD**<br>**A Professional Law Corporation** |
| Dated: December 8, 2013 | /s/ *Robert P. Henk* (as authorized 12/8/13)<br>Robert P. Henk (147490)<br>Sheri L. Leonard (173544)<br>Henk Leonard, PLC<br>2260 Douglas Blvd., Suite 200<br>Roseville CA 95661<br>Telephone:  (916) 787-4544<br>Facsimile:   (916) 787-4530<br>Email:          henkleonard@aol.com<br><br>Attorneys for Plaintiff<br>PAUL KRUEGER |
| Dated: December 8, 2013 | **SCHIFF HARDIN LLP**<br><br>/s/ *William J. Carroll*<br>William J. Carroll  (CSB # 118106)<br>One Market, Spear Street Tower<br>Thirty-Second Floor<br>San Francisco CA<br>Telephone:  (415) 901-8700<br>Facsimile:   (415) 901-8701<br>Email:          wcarroll@schiffhardin.com<br><br>Diane M. Soubly (pro hac pending;<br>  ILARDC #6308270; MI P 32005)<br>233 S. Wacker Drive, Suite 6600<br>Chicago IL 60606<br>Telephone:  (312) 258-5500<br>Facsimile:   (312) 258-5600<br>Email:          dsoubly@schiffhardin.com<br><br>Attorneys for Defendants<br>SUREWEST COMMUNICATIONS, INC.;<br>CONSOLIDATED COMMUNICATIONS<br>SERVICES COMPANY; and SUREWEST<br>COMMUNICATIONS, INC. CHANGE IN<br>CONTROL SEVERANCE PLAN |