**SCHIFF HARDIN LLP**
WILLIAM J. CARROLL (CSB # 118106)
wcarroll@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:   (415) 901-8700
Facsimile:    (415) 901-8701

DIANE M. SOUBLY (*pro hac pending*;
    ILARDC #6308270; MI P32005)
dsoubly@schiffhardin.com
233 S. Wacker Drive, Ste. 6600
Chicago, IL  60606
Telephone:   (312) 258-5500
Facsimile:    (312) 258-5600

Attorneys for Defendants

**SUREWEST COMMUNICATIONS, INC.; CONSOLIDATED COMMUNICATIONS SERVICES COMPANY; AND SUREWESTCOMMUNICATIONS CHANGE IN CONTROL PLAN**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL KRUEGER,**<br><br>        Plaintiff,<br><br>v.<br><br>**SUREWEST COMMUNICATIONS, INC.; CONSOLIDATED COMMUNICATIONS SERVICES COMPANY; SUREWEST COMMUNICATIONS CHANGE IN CONTROL SEVERANCE PLAN; and DOES 1-50,**<br><br>        Defendants. | Case No.  2:13-CV-02098-JAM-AC<br><br>Hon. John A. Mendez<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR FILING JOINT CERTIFICATION** |

    Plaintiff Paul Krueger and Defendants Surewest Communications, Inc.; Consolidated Communications Services Company; and Surewest Communications Change in Control

1  Severance Plan ("Defendants") hereby stipulate and agree that Defendants may have up to and
2  including an additional 2 days from January 6, 2014, to up to and including January 8, 2014,
3  within which to filed the Joint Certification required under the Stipulated Specialized Case
4  Management Order – ERISA Action entered by this Court on December 9, 2013, in this matter.

6      Accordingly,
7      IT IS ORDERED that the parties may file the Joint Certification required under the
8  Stipulated Specialized Case Management Order – ERISA Action entered by this Court on
9  December 9, 2013, in this matter no later than January 8, 2014.

13      IT IS SO ORDERED.

14  Dated:  1/6/2014      /s/ John A. Mendez_____
15      HON. JOHN A. MENDEZ
    UNITED STATES DISTRICT COURT JUDGE

| | |
|---|---|
| SO STIPULATED: | **HENK LEONARD**<br>**A Professional Law Corporation** |
| Dated: January 6, 2014 | /s/ *Robert P. Henk* (as authorized 1/6/14)<br>Robert P. Henk (147490)<br>Sheri L. Leonard (173544)<br>Henk Leonard, PLC<br>2260 Douglas Blvd., Suite 200<br>Roseville CA 95661<br>Telephone:  (916) 787-4544<br>Facsimile:   (916) 787-4530<br>Email:         henkleonard@aol.com<br><br>Attorneys for Plaintiff<br>PAUL KRUEGER |
| Dated:  January 6, 2014 | **SCHIFF HARDIN LLP**<br><br>/s/ *William J. Carroll*<br>William J. Carroll  (CSB # 118106)<br>One Market, Spear Street Tower<br>Thirty-Second Floor<br>San Francisco CA<br>Telephone:  (415) 901-8700<br>Facsimile:   (415) 901-8701<br>Email:         wcarroll@schiffhardin.com<br><br>Diane M. Soubly (pro hac pending;<br>  ILARDC #6308270; MI P 32005)<br>233 S. Wacker Drive, Suite 6600<br>Chicago IL 60606<br>Telephone:  (312) 258-5500<br>Facsimile:   (312) 258-5600<br>Email:         dsoubly@schiffhardin.com<br><br>Attorneys for Defendants<br>SUREWEST COMMUNICATIONS, INC.;<br>CONSOLIDATED COMMUNICATIONS<br>SERVICES COMPANY; and SUREWEST<br>COMMUNICATIONS, INC. CHANGE<br>IN CONTROL PLAN |