**SCHIFF HARDIN LLP**
WILLIAM J. CARROLL (CSB # 118106)
wcarroll@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:     (415) 901-8700
Facsimile:      (415) 901-8701

DIANE M. SOUBLY (*pro hac pending*;
   ILARDC #6308270; MI P32005)
dsoubly@schiffhardin.com
233 S. Wacker Drive, Ste. 6600
Chicago, IL  60606
Telephone:     (312) 258-5500
Facsimile:      (312) 258-5600

Attorneys for Defendants

**SUREWEST COMMUNICATIONS, INC.;
CONSOLIDATED COMMUNICATIONS
SERVICES COMPANY; AND
SUREWESTCOMMUNICATIONS
CHANGE IN CONTROL PLAN**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL KRUEGER,** | Case No.  2:13-CV-02098-JAM-AC |
| Plaintiff, | Hon. John A. Mendez |
| v. | |
| **SUREWEST COMMUNICATIONS, INC.; CONSOLIDATED COMMUNICATIONS SERVICES COMPANY; SUREWEST COMMUNICATIONS CHANGE IN CONTROL SEVERANCE PLAN; and DOES 1-50,** | **STIPULATION AND ORDER FOR EXTENSION OF TIME WITHIN WHICH DEFENDANTS MAY ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |
| Defendants. | |

Plaintiff Paul Krueger and Defendants Surewest Communications, Inc.; Consolidated Communications Services Company; and Surewest Communications Change in Control

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 2:13-CV-02098-JAM-AC

Stipulation & Order For Extension Of Time Within Which Defendant May Answer Or Otherwise Respond To Plaintiff's Amended Complaint

1  Severance Plan ("Defendants") hereby stipulate and agree that Defendants may have up to and
2  including an additional 7 days from January 8, 2014, to up to and including January 15, 2014,
3  within which to answer or otherwise plead in response to Plaintiff's Amended Complaint in this
4  matter.

6  　　　Accordingly,

7  　　IT IS ORDERED that Defendants Surewest Consolidated Communications Services
8  Company may file its answer or otherwise plead in response to Plaintiff's Amended Complaint no
9  later than January 15, 2014.

13  　　　IT IS SO ORDERED.

14  Dated:  1/6/2014                              /s/ John A. Mendez_____
15                                                HON. JOHN A. MENDEZ
                                                  UNITED STATES DISTRICT COURT JUDGE

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -   CASE NO. 2:13-CV-02098-JAM-AC

Stipulation & Order For Extension Of Time Within Which Defendant May Answer Or Otherwise Respond To Plaintiff's Amended Complaint

SO STIPULATED:

**HENK LEONARD**
**A Professional Law Corporation**

Dated: January 6, 2014

/s/ *Robert P. Henk* (as authorized 1/6/14)
Robert P. Henk (147490)
Sheri L. Leonard (173544)
Henk Leonard, PLC
2260 Douglas Blvd., Suite 200
Roseville CA 95661
Telephone:  (916) 787-4544
Facsimile:  (916) 787-4530
Email:         henkleonard@aol.com

Attorneys for Plaintiff
PAUL KRUEGER

Dated:  January 6, 2014

**SCHIFF HARDIN LLP**

/s/ *William J. Carroll*
William J. Carroll  (CSB # 118106)
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco CA
Telephone:  (415) 901-8700
Facsimile:  (415) 901-8701
Email:         wcarroll@schiffhardin.com

Diane M. Soubly (pro hac pending;
   ILARDC #6308270; MI P 32005)
233 S. Wacker Drive, Suite 6600
Chicago IL 60606
Telephone:  (312) 258-5500
Facsimile:  (312) 258-5600
Email:         dsoubly@schiffhardin.com

Attorneys for Defendants
SUREWEST COMMUNICATIONS, INC.;
CONSOLIDATED COMMUNICATIONS
SERVICES COMPANY; and SUREWEST
COMMUNICATIONS, INC. CHANGE
IN CONTROL PLAN

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -

CASE NO. 2:13-CV-02098-JAM-AC

Stipulation &  Order For Extension Of Time Within Which Defendant May Answer Or Otherwise Respond To Plaintiff's Amended Complaint