**SCHIFF HARDIN LLP**
WILLIAM J. CARROLL (CSB # 118106)
wcarroll@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:     (415) 901-8700
Facsimile:      (415) 901-8701

DIANE M. SOUBLY (*pro hac pending*;
    ILARDC #6308270; MI P32005)
dsoubly@schiffhardin.com
233 S. Wacker Drive, Ste. 6600
Chicago, IL  60606
Telephone:     (312) 258-5500
Facsimile:      (312) 258-5600

Attorneys for Defendants
**SUREWEST COMMUNICATIONS, INC.;
CONSOLIDATED COMMUNICATIONS
SERVICES COMPANY; and SUREWEST
COMMUNICATIONS CHANGE IN CONTROL
SEVERANCE PLAN**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL KRUEGER**, | Case No.  2:13-CV-02098-JAM-AC |
| Plaintiff, | Hon. John A. Mendez |
| v. | |
| **SUREWEST COMMUNICATIONS, INC.; CONSOLIDATED COMMUNICATIONS SERVICES COMPANY; SUREWEST COMMUNICATIONS CHANGE IN CONTROL SEVERANCE PLAN; and DOES 1-50,** | **STIPULATED SCHEDULING ORDER BASED UPON JOINT CERTIFICATION** |
| Defendants. | |

Pursuant to the Local Rules of the United States District Court for the Eastern District of California and the Federal Rules of Civil Procedure, and pursuant to the parties' Joint

Certification, the Court enters the following Stipulated Scheduling Order controlling the progress of the above-captioned matter:

This case states a cause of action pursuant to the Employment Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1001 *et seq*. Counsel met to discuss discovery and procedure and proposed the Specialized Case Management Order entered by this Court on December 9, 2013.

As provided in the December 9, 2013 Case Management Order, the parties have filed a Joint Certification with the Court that (a) they have conferred; (b) the case can be considered on cross-motions for judgment on the administrative record/summary judgment; and (c) the date by which defendants will file a motion to dismiss and for judgment on the administrative record/summary judgment and the date by which plaintiff will file a response to defendants' dispositive motion, with plaintiff's cross-motion for summary judgment to be filed concurrently with that response. The parties have also conferred and agreed upon the dates by which defendants will file their brief in response to plaintiff's cross-motion and their reply brief in support of their motion, and the date by which plaintiff will file its reply brief in support of its motion.

The parties have further agreed to address the weight to be accorded any procedural challenge raised by plaintiff in addressing the issue of the standard of review in their briefs on the motions.

In light of the parties' agreement and Joint Certification, the Court orders as follows:

1. Prior to February 7, 2014, the parties shall meet and confer regarding the limited discovery relating to procedural irregularities that plaintiff seeks.

2. If the parties cannot reach agreement, plaintiff will file a motion for limited discovery regarding procedural irregularities by February 7, 2014. Defendants' brief in response

to the motion for limited discovery and plaintiff's reply brief in support of its motion will be filed within the time limits provided in the Federal Rules of Civil Procedure and any applicable Local Rule of the Eastern District of California on motion practice.

    3.    On or before April 15, 2014, defendants shall file their motion for judgment on the administrative record or summary judgment and supporting brief.

    4.    On or before May 15, 2014, plaintiff shall file its brief in response to defendants' dispositive motion; and, concurrently, plaintiff shall file its cross-motion for summary judgment and supporting brief.

    5.    On or before June 15, 2014, defendants shall file their response to plaintiff's cross-motion and a reply brief in support of defendants' dispositive motion.

    6.    On or before July 15, 2014, plaintiff shall file a reply brief in support of its dispositive motion.

    7.    In briefing their cross-motions, the parties are to observe the provisions of Fed. R. Civ. P. 56 and the applicable Local Rules of the Eastern District of California on motion practice.

IT IS SO ORDERED.

Dated: January 9, 2014          /s/ John A. Mendez
                                        HON. JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE

| | |
|---|---|
| SO STIPULATED: | **HENK LEONARD**<br>**A Professional Law Corporation** |
| Dated: Janaury 8, 2014 | /s/ *Robert P. Henk* (as authorized 1/8/2014)<br>Robert P. Henk (147490)<br>Sheri L. Leonard (173544)<br>Henk Leonard, PLC<br>2260 Douglas Blvd., Suite 200<br>Roseville CA 95661<br>Telephone:  (916) 787-4544<br>Facsimile:   (916) 787-4530<br>Email:          henkleonard@aol.com<br><br>Attorneys for Plaintiff<br>PAUL KRUEGER |
| Dated: January 8, 2014 | **SCHIFF HARDIN LLP**<br><br>/s/ *William J. Carroll*<br>William J. Carroll  (CSB # 118106)<br>One Market, Spear Street Tower<br>Thirty-Second Floor<br>San Francisco CA<br>Telephone:  (415) 901-8700<br>Facsimile:   (415) 901-8701<br>Email:          wcarroll@schiffhardin.com<br><br>Diane M. Soubly (pro hac pending;<br>  ILARDC #6308270; MI P 32005)<br>233 S. Wacker Drive, Suite 6600<br>Chicago IL 60606<br>Telephone:  (312) 258-5500<br>Facsimile:   (312) 258-5600<br>Email:          dsoubly@schiffhardin.com<br><br>Attorneys for Defendants<br>SUREWEST COMMUNICATIONS, INC.;<br>CONSOLIDATED COMMUNICATIONS<br>SERVICES COMPANY; and SUREWEST<br>COMMUNICATIONS, INC. CHANGE IN<br>CONTROL SEVERANCE PLAN |