SCHIFF HARDIN LLP
WILLIAM J. CARROLL (CSB #118106)
wcarroll@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:     (415) 901-8700
Facsimile:      (415) 901-8701

SCHIFF HARDIN LLP
TERESITA J. FERRERA (*Admitted Pro Hac Vice*)
tferrera@schiffhardin.com
901 K Street, NW, Ste. 700
Washington, D.C.  20001
Telephone:     (202) 778-6435
Facsimile:      (202) 778-6460

Attorneys for Defendants
SUREWEST COMMUNICATIONS, INC.
CONSOLIDATED COMMUNICATIONS SERVICES
COMPANY and SUREWEST COMMUNICATIONS
CHANGE IN CONTROL SEVERANCE PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PAUL KRUEGER,<br><br>            Plaintiff,<br><br>      v.<br><br>SUREWEST COMMUNICATIONS, INC.; CONSOLIDATED COMMUNICATIONS SERVICES COMPANY; SUREWEST COMMUNICATIONS CHANGE IN CONTROL SEVERANCE PLAN; and DOES 1-50,<br><br>            Defendants. | Case No.  2:13-CV-02098-JAM-AC<br><br>Hon. John A. Mendez<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENT UNDER SEAL** |

On April 16, 2014, Defendants submitted a request for an order, pursuant to Local Rule 141, allowing them to file under seal Exhibit N-1 to Defendants' Separate Statement of Material Facts and Supporting Evidence filed in Support of Defendants' Motion for Summary Judgment on the Administrative Record on April 15, 2014. On March 3, 2014 this Court issued a Protective Order

governing the disclosures of certain types of documents. Paragraph 4 of the Protective Order provided that "Confidential Material" included documents:

> that a person believes in good faith to contain a) sensitive or proprietary business or commercial information which, if disclosed, may adversely affect the business operations of the person producing such materials; and b) personal information relating to the parties, to third persons or to non-parties, which, if disclosed, may invade the privacy rights of any such person, including but not limited to information relating to benefit matters.

In their Request to File Document Under Seal, Defendants explained that the designated document included Confidential Material as defined by the Protective Order. After an in camera review of the document, this Court finds that Exhibit N-1 to Defendants' Separate Statement of Material Facts and Supporting Evidence filed in Support of Defendants' Motion for Summary Judgment on the Administrative falls within the documents intended to be protected under the Protective Order and further finds that Defendants' request is narrowly tailored to seal only that material for which good cause has been established.

**ACCORDINGLY IT IS HEREBY ORDERED THAT:**

Exhibit N-1 to Defendants' Separate Statement of Material Facts and Supporting Evidence filed in Support of Defendants' Motion for Summary Judgment on the Administrative Record on April 16, 2014 is hereby ordered sealed.

Dated: April 17, 2014

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

CH2\14529690.1

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO